# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Christopher L. McArdle　　　　　　　Direct Dial: **212-210-9542**　　　　　　　Email: **chris.mcardle@alston.com**

June 15, 2021



**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

　　Re:　*Crawford v. Capra*, 1:20-cv-8574 (KPF) (SDA)

Dear Judge Failla:

　　I am counsel for Petitioner in the above-referenced *habeas corpus* matter. I write to request a 14-day extension of time, from June 28, 2021 to July 12, 2021, for Petitioner to file written objections to the Report and Recommendation ("R&R") entered by United States Magistrate Judge Stewart D. Aaron (ECF No. 22).

　　I make this request to accommodate my current workload and schedule, as well as to allow time to confer with Petitioner, who is currently incarcerated at Sing Sing Correctional Facility.

　　This is Petitioner's first request for an extension of time to file written objections to the R&R. I have contacted Respondent's counsel, who consents to this request.

　　I thank the Court for its consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher L. McArdle*

　　　　　　　　　　　　　　　　　　　　　Christopher L. McArdle

cc: Counsel of Record

Alston & Bird LLP　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

Application GRANTED.

Dated:     June 15, 2021
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE