UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| BARTHOLOMEW CRAWFORD, | |
|---|---|
| Petitioner, | |
| -v.- | 20 Civ. 8574 (KPF) |
| MICHAEL CAPRA, | **ORDER** |
| Respondent. | |

KATHERINE POLK FAILLA, United States District Judge:

The Court is in receipt of Petitioner's objections to the Report and Recommendation. (Dkt. #26). Respondent's response to Petitioner's objections, if any, shall be due on or by July 26, 2021. *See* Fed. R. Civ. P. 72(b)(2).

SO ORDERED.

Dated: July 13, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge