UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARTHOLOMEW CRAWFORD,

                Petitioner,                20 **CIVIL** 8574 (KPF)(SDA)

    -against-                        **JUDGMENT**

MICHAEL CAPRA, Superintendent, Sing
Sing Correctional Facility,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 5, 2022, Judge Aaron's well-reasoned Report is adopted in full. The Petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         April 5, 2022

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
                **BY:**    *K. Mango*

                                      **Deputy Clerk**